UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KINLEY MACDONALD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 2:22-cv-00302-JAW |
| YORK COUNTY SHERIFF, et al., | ) ) ) |
|     Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On October 3, 2022, Kinley MacDonald, an inmate at the York County Jail in the State of Maine, filed a lawsuit against the Sheriff of York County, the Department of Corrections, and various employees of the York County Jail. *Compl.* (ECF No. 1). Ms. MacDonald subsequently amended her complaint three times to add facts, claims and defendants. *Mot. to Amend Compl.* (ECF No. 16); *Mot. to Amend Compl.* (ECF No. 31); *Mot. to Amend Compl.* (ECF No. 35). In her lawsuit, Ms. MacDonald seeks relief from various injustices she says occurred or are still occurring at the York County Jail.

On October 20, 2023, the Magistrate Judge, after reviewing the allegations in Ms. MacDonald's complaint, issued a recommended decision, recommending that the Court dismiss Ms. MacDonald's complaint. *Recommended Decision to Dismiss Action* (ECF No. 36). The Magistrate Judge also recommended that the Court deny as futile Ms. MacDonald's two outstanding motions to amend (ECF Nos. 31 & 35). *Id.* at 6. Ms. MacDonald did not object to the recommended decision.

The Court reviewed and considered the Magistrate Judge's recommended decision, together with the entire record, including Ms. MacDonald's motions to amend her complaint;[1] the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's recommended decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his recommended decision, denies Ms. MacDonald's motions to amend and dismisses Ms. MacDonald's complaint.

1. The Court therefore DENIES Kinley MacDonald's Motion to Amend Complaint (ECF No. 31).

2. The Court further DENIES Kinley MacDonald's Motion to Amend Complaint (ECF No. 35).

3. The Court further ORDERS that the Recommended Decision of the Magistrate Judge (ECF No. 36) be and hereby is AFFIRMED.

4. The Court further ORDERS that Kinley MacDonald's Complaint (ECF No. 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2023

---

[1] The Court reviewed the Magistrate Judge's recommended decision on Ms. MacDonald's motions to amend her complaint under both the dispositive and nondispositive standards of Federal Rule of Civil Procedure 72(a)-(b) and 28 U.S.C. § 636. *See Sargent v. Nordx*, No. 2:20-cv-00467-JAW, 2022 U.S. Dist. LEXIS 226506, at *10-11 (D. Me. Dec. 16, 2022). Applying either a "clearly erroneous or . . . contrary to law" or a "de novo" standard, the result is the same.