UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KINLEY MACDONALD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:22-CV-00302-LEW |
| | ) | |
| YORK COUNTY SHERIFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On October 20, 2023, the United States Magistrate Judge John C. Nivison, filed with the court, with copies to Kinley MacDonald, his Recommended Decision recommending the dismissal of MacDonald's action, including both her original and proposed amended complaints, for failure to prosecute, failure to comply with court orders, and for failure to state a claim for which relief may be granted.  Recommended Decision to Dismiss Action (ECF No. 36).  The matter has been reassigned to me following Judge Woodcock's recusal.  Order of Recusal (ECF No. 53).  In the interim, despite a failed appeal to the First Circuit and various requests for time, MacDonald has not yet alleged a viable claim against a defendant.  She also has failed to file an objection to the Recommended Decision, despite the Magistrate Judge's provision of a notice that the failure to object would constitute a waiver of objection.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 36) is AFFIRMED and ADOPTED.  The Motions to Amend (ECF Nos. 31 & 35) are DENIED and the case is DISMISSED.

**SO ORDERED.**

Dated this 20th day of May, 2024.

                                                       /s/ Lance E. Walker
                                                  CHIEF U.S. DISTRICT JUDGE